**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Nicholas Eugene Campise v. The State of Texas

Appellate case number:    01-22-00223-CR

Trial court case number:  20-06-17321

Trial court:              506th District Court of Waller County

On March 29, 2022, appellant's retained counsel filed a motion to withdraw. *See* TEX. R. APP. P. 6.5. On April 21, 2022, we received a letter that appellant has retained new counsel. Accordingly, we grant appellant's motion to withdraw. The Clerk of the Court is directed to note on the docket of this Court that Calvin Garvie has withdrawn from representing appellant and Keith S. Hampton is appellant's lead counsel.

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ____April 28, 2022____